UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KENNETH T. MEYERS,

                    Plaintiff,

          -v-                              1:23-CV-173

DONNA BECKER *et al.*,

                    Defendants.


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                        OF COUNSEL:

KENNETH T. MYERS
Plaintiff, Pro Se
18604
Schoharie County Jail
P.O. Box 159
Howes Cave, NY 12092

DAVID N. HURD
United States District Judge

## ORDER ON REPORT & RECOMMENDATION

     On February 8, 2023, *pro se* plaintiff Kenneth T. Meyers ("plaintiff") filed

this action alleging, *inter alia*, that one of the named defendants violated his

civil rights by making false statements about him in order to receive public

assistance.  Dkt. No 1.  This action was initially closed because plaintiff failed

to pay the filing fee or file an application to proceed *in forma pauperis* ("IFP

Application").  Dkt. No. 3.  Thereafter, plaintiff filed an IFP Application, Dkt.

No. 5, along with the inmate authorization form and prisoner trust fund account statement required of incarcerated litigants, Dkt. Nos. 7, 8.

On April 5, 2023, U.S. Magistrate Judge Christian F. Hummel granted plaintiff's IFP Application for the purpose of filing and advised by Report & Recommendation ("R&R") that plaintiff's complaint be dismissed with leave to amend. Dkt. No. 9. As relevant here, Judge Hummel recommended that plaintiff be given thirty days in which to file an amended pleading. *Id*.

Plaintiff has not filed objections. The time period in which to do so has expired. *See* Dkt. No. 9. Instead, plaintiff skipped ahead to the next step in this process: he submitted an amended complaint for review. Dkt. No. 10.

Upon review for clear error, the R&R will be accepted and adopted with a slight modification. *See* FED. R. CIV. P. 72(b). Because the thirty-day period for amendment initially recommended by Judge Hummel has been rendered unnecessary by plaintiff's unilateral filing of a new pleading, Dkt. No. 10, the amended complaint will be referred directly to Judge Hummel for review.

Therefore, it is

ORDERED that

1. The Report & Recommendation is ACCEPTED;

2. Plaintiff's complaint is DISMISSED without prejudice;

3. Plaintiff's amended complaint is REFERRED to the assigned Magistrate Judge for review.

IT IS SO ORDERED.

Dated:  April 25, 2023
        Utica, New York.

David N. Hurd
U.S. District Judge